CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

NOV 04 2015

JULIA C. DUDLEY, CLERK
BY: /s/ K. Dotson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. 5:14cr00037 |
| v. | ) |
| | ) |
| JAMES ALEXANDER BROWN, | ) |
| | ) By: Michael F. Urbanski |
| Defendant. | ) United States District Judge |
| | ) |

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for the purpose of conducting a hearing and submitting proposed findings of fact and recommendations for disposition of defendant James Alexander Brown's motion to dismiss the indictment for speedy trial violation (ECF No. 248). The Magistrate Judge filed a report and recommendation on October 16, 2015, recommending that defendant's motion to dismiss be denied. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. Accordingly, it is **ORDERED** that the report (ECF No. 262) and the findings and recommendation contained therein are hereby **ADOPTED** and defendant's motion to dismiss the indictment (ECF No. 248) is **DENIED**.

It is **SO ORDERED**.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: 11-4-15

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge